IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:21-cv-00338-RMR-NRN

LAUREN SIEWERT,

    Plaintiff,

v.

DEVEREUX CLEO WALLACE d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH COLORADO,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Lauren Siewert, through her attorneys, Lowrey Parady Lebsack, LLC, and Defendant, Devereux Cleo Wallace d/b/a Devereux Advanced Behavioral Health Colorado, through its attorneys, Hall and Evans, L.L.C., submit this Notice of Settlement and state as follows:

1. The parties have reached a settlement of all issues in this case and have signed a memorandum of understanding regarding the terms.

2. The parties anticipate having a settlement agreement signed in the next couple of weeks.

3. The parties anticipate filing a stipulation for dismissal after the settlement payment has been received in approximately 45 days.

4. The parties request that the Court vacate all pending deadlines in this case.

Respectfully submitted this 2nd day of August, 2021.

1

| | |
|---|---|
| Lowrey Parady Lebsack, LLC | Hall & Evans, L.L.C. |
| */s/ Mary Jo Lowrey* | */s/ Andrew D. Ringel* |
| Mary Jo Lowrey | Andrew D. Ringel |
| Sara N. Maeglin | Kendra K. Smith |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 1490 Lafayette Street, Suite 304 | 1001 17th Street, Suite 300 |
| Denver, CO 80218 | Denver, CO 80202 |
| Tel. (303) 593-2595 | Tel. (303) 628-3300 |
| Fax (303) 502-9119 | Fax (303) 628-3368 |
| maryjo@lowrey-parady.com | ringela@hallevans.com |
| sm@lowrey-parady.com | smithk@hallevans.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I sent a copy of the foregoing Joint Notice of Settlement via CM/ECF to the following:

Kendra K. Smith
Andrew D. Ringel
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202

*/s/ Carol Allen*
_____
Carol Allen